C. YONG JEONG, ESQ. (SBN 255244)
LISA R. YAMASAKI, ESQ. (SBN 286361)
PAUL J. COHEN, ESQ. (SBN 293797)
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLOTTE RUSSE, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number: CV 13-8025 PA (JCx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL<br><br>Honorable Percy Anderson |

### [~~PROPOSED~~] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: April 30, 2014

_____
The Honorable Percy Anderson
United States District Court Judge

1

STIPULATION FOR DISMISSAL